## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEAN DOMBROWSKI, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DISTRICT ATTORNEY | : | |
| OF PHILADELPHIA, *et al.* | : | NO.  22-4883 |

## ORDER

**AND NOW**, this 21st day of November, 2023 upon consideration of the Petition for Writ of Habeas Corpus, the Petitioner's Letter Requesting Dismissal of the Habeas Petition, the other documents filed by the parties, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED**; and

3. Petitioner has neither shown a denial of a constitutional right, nor established that reasonable jurists would disagree with this court's disposition of her claims. Consequently, a certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

**BY THE COURT**:

/s/ John M. Gallagher
_____
John M. Gallagher, J.